IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RUTH BLACKBURN on behalf of herself and all others similarly situated, | Civil Action |
| | No. 10-1261 |
| Plaintiff, | |
| v. | Judge Conti |
| EXCEL CAPITAL PARTNERS, LLC, and EXCEL STORAGE PRODUCTS, L.P., | |
| Defendants. | |

## STIPULATION FOR DISMISSAL

Plaintiff, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), files this Stipulation for Dismissal without prejudice.

Respectfully submitted

**Stember Feinstein Doyle Payne & Cordes**

/S/ Samuel J. Cordes
Samuel J. Cordes
Pa.I.D. No. 54874

245 Fort Pitt Boulevard
Pittsburgh, PA 15222
(412) 471-8500

Local counsel for Plaintiff and the putative class

Jack A. Raisner, Esq.
René S. Roupinian, Esq.
OUTTEN & GOLDEN LLP
3 Park Avenue, 29th Floor
New York, NY 10016
Telephone: (212) 245-1000

Attorneys for Plaintiff and the putative Class